# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-50394

FRANK MURRAY, on behalf of himself
and all others similarly situated,

Plaintiff-Appellee,

versus

CURTIS YOUNTS, ET AL.,

Defendants,

JESSE S. WADE,

Appellant.

* * * *

JERRY KING, on behalf of himself and
all others similarly situated,

Plaintiff-Appellee,

versus

LITTLEFIELD, ADAMS & CO., ET AL.,

Defendants,

JESSE S. WADE,

Appellant.

Appeal from the United States District Court
for the Western District of Texas

(SA-93-CV-561, SA-93-CV-627, SA-94-CV-217, SA-94-CV-544)

February 5, 1999

Before REYNALDO G. GARZA, POLITZ and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having considered the briefs, oral argument of counsel, and pertinent parts of the record, and finding no validity to the challenge of the court's jurisdiction and neither error nor abuse of discretion in the action by the trial court, the judgment appealed is AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.